

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**REBECCA D. TILTON**                                                                  **PLAINTIFF**

**VERSUS**                                                        **CAUSE NO: 3:15-CV-939**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
AIG INSURANCE COMPANY and
CHARTIS INSURANCE**                                                              **DEFENDANT**

### ORDER OF DISMISSAL

THIS CAUSE came on before this Court, after being duly and properly set and called, and the Plaintiff moving, *ore tenus,* for a Dismissal in this matter, and this court being of the opinion that said motion of Dismissal should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED that this matter is hereby dismissed, with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of March, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

*Prepared By:*
AL SHIYOU
SHIYOU LAW FIRM
P. O. BOX 310
HATTIESBURG, MS 39403
MSB# 6760
601.583.6040 phone
601.583.6041 fax